## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 1:25cv25-LG-BWR**

**$16,519.00 U.S. CURRENCY, et al.**            **DEFENDANT PROPERTY**

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Before the Court is Plaintiff United States of America's Motion for Default Judgment of Forfeiture [15].  Having considered the motion, the relevant statutes, and jurisprudence, the Court finds that the relief the United States seeks has merit and should be granted.  The Court further finds and adjudicates as follows:

1.      On January 29, 2025, the United States filed a Verified Complaint for Forfeiture *in Rem* [1], alleging that the Defendant Property is subject to forfeiture under 21 U.S.C. § 881 because the Defendant Property facilitated, was involved in, or constitutes the proceeds of drug trafficking, in violation of 21 U.S.C. § 841 (drug trafficking) and § 846 (drug conspiracy).

2.      On February 3, 2025, the Court issued a Warrant of Arrest *in Rem* [4].

3.      Under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States served direct written notice of this civil asset forfeiture action, including copies of the Verified Complaint for Forfeiture *in Rem* [1] and Notice of Complaint for Forfeiture [2], to all potential claimants reasonably known to the United States, as evidenced by the United States' Proof of Service [7].

4.      Beginning on February 4, 2025, the United States published for thirty (30) consecutive days on an official government internet website at www.forfeiture.gov, notice of the instant case, as evidenced by the Proof of Publication [6].

5.      The aforementioned publication and direct notices informed Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone, attorney for Jonathan Lee Young, and any and all persons or entities having or claiming an interest in the above-described property that the Defendant Property had been arrested and that this instant civil forfeiture action was pending.  The publication and direct notices also informed said persons and entities that they had thirty-five (35) days after being sent direct notice or sixty (60) days after the first date of the published notice to file a claim, and twenty (20) days thereafter to file an answer.  Furthermore, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims and Asset Forfeiture Actions, and warned that if these Supplemental Rules were not strictly followed, the Court could strike any claim and answer and enter default judgment of forfeiture or summary judgment against any improperly claimed interest in the Defendant Property.

6.      As of this date, no claims or answers have been filed to assert an interest in the Defendant Property, or to otherwise defend against this instant forfeiture action, by Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone, attorney for Jonathan Lee Young, or any other person or entity.  Thus, the time pursuant to Supplemental Rule G, for Jonathan Lee Young, James D. Dixon,

Elizabeth Clark Bone, attorney for Jonathan Lee Young, or any other person or entity to file a valid claim or answer in this action has lapsed.

7.    As such, Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone, attorney for Jonathan Lee Young, and all other possible claimants are in total default; the Clerk of Court's May 13, 2025, Entry of Default [14] was proper; and the United States is entitled to a default judgment of forfeiture against the full interests of Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone, attorney for Jonathan Lee Young, and all other persons and entities in the Defendant Property, all without the necessity of further notice to Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone, attorney for Jonathan Lee Young, or any other person or entity.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT**:

a.    The United States of America is hereby given a default judgment of forfeiture against the full interests of Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone, attorney for Jonathan Lee Young, and all other persons and entities in the Defendant Property described below:

| Asset ID | Property Description |
|---|---|
| 24-DEA-715739 | $16,519.00 United States Currency |
| 24-DEA-718113 | One (1) Glock Pistol, Model: 27, CAL: .40, Serial No. WUK666 |

b.    Any administrative claims or interests therein of any entities or persons, including Jonathan Lee Young, James D. Dixon, Elizabeth Clark Bone,

attorney for Jonathan Lee Young, and any other possible claimant are hereby

canceled.

      c.      The Defendant Property is referred to the custody of U.S. Marshals

Service and/or the Drug Enforcement Administration for disposition in accordance

with the relevant law and regulations.

      **SO ORDERED AND ADJUDGED** this the 4th day of June, 2025.


s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge